ROMAN P. MOSQUEDA, ESQ. SBN.: 113480
LAW OFFICES OF ROMAN P. MOSQUEDA
A LAW CORPORATION
3055 Wilshire Blvd,, Suite 425
Los Angeles, CA 90010-1108
Tel.:(213) 252-9481
Fax.:(213) 252-5929
E-mail: rpm_law@yahoo.com

Attorneys for the Defendant
NATIONAL GRID CORPORATION OF THE PHILIPPINES

*E-Filed 11/12/09*

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **ARIBA, INC.**, a Delaware corporation <br><br> Plaintiff <br><br> vs. <br><br> **NATIONAL GRID CORPORATION OF THE PHILIPPINES**, a Philippines corporation, <br><br> Defendant. | Case No. C09 04495 RS <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

## **STIPULATION**

WHEREAS, Plaintiff filed a Complaint for Breach of Contract on September 24, 2009;

WHEREAS, Defendant National Grid Corporation of the Philippines was served with summons of this case on or about October 22, 2009 in the Philippines;

WHEREAS, the initial deadline for aforesaid Defendant to file its answer or otherwise respond to the Complaint in this Court is today, November 10, 2009.

WHEREAS, Plaintiff has agreed to extend the time for aforesaid Defendant to answer or otherwise respond to the Complaint on or before November 30, 2009;

///

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the new deadline for Defendant National Grid Corporation of the Philippines to answer or otherwise respond to Plaintiff's Complaint is on or before November 30, 2009.

SO STIPULATED.

DATED: November 10, 2009

LAW OFFICES OF ROMAN P. MOSQUEDA
A Law Corporation

By: _____
ROMAN P. MOSQUEDA
Attorney for the Defendant NATIONAL GRID CORPORATION OF THE PHILIPPINES

DATED: November 10, 2009

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: Please see attached e-mailed signature page
RANDALL G. BLOCK
Attorneys for the Plaintiff ARIBA, INC.

**ELECTRONIC CASE FILING ATTESTATION**

**(General Order No. 45 (X) (b))**

I, Roman P. Mosqueda, attest that Randall G. Block has concurred in and authorized the filing of this Stipulation with the Court.

Dated: November 10, 2009.

LAW OFFICES OF ROMAN P. MOSQUEDA
A Law Corporation

By: _____
ROMAN P. MOSQUEDA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2009.

_____
United States District Judge
United States Magistrate Judge

2

Stipulation to Extend Time to File Responsive Pleading

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the new deadline for Defendant National Grid Corporation of the Philippines to answer or otherwise respond to Plaintiff's Complaint is on or before November 30, 2009.

SO STIPULATED.

DATED: November 10, 2009

LAW OFFICES OF ROMAN P. MOSQUEDA
A Law Corporation

By: _____
ROMAN P. MOSQUEDA
Attorney for the Defendant NATIONAL GRID
CORPORATION OF THE PHILIPPINES

DATED: November 10, 2009

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
RANDALL G. BLOCK
Attorneys for the Plaintiff ARIBA, INC.

**ELECTRONIC CASE FILING ATTESTATION**

**(General Order No. 45 (X) (b))**

I, Roman P. Mosqueda, attest that Randall G. Block has concurred in and authorized the filing of this Stipulation with the Court.

Dated: November 10, 2009.

LAW OFFICES OF ROMAN P. MOSQUEDA
A Law Corporation

By: _____
ROMAN P. MOSQUEDA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November _____, 2009.

_____
United States District Judge