1
2
3
4
5
6
7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11

12  ARIBA, INC.,                                    No. C 09-04495 RS

13            Plaintiff,                            **CASE MANAGEMENT
                                                    SCHEDULING ORDER**
14        v.

15  NATIONAL GRID CORPORATION OF
    THE PHILIPPINES,
16

17            Defendant.
                                              /
18

19        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management

20  Conference was held on January 27, 2010.  After considering the Joint Case Management Statement

21  submitted by the parties and consulting with the attorneys of record for the parties and good cause

22  appearing, IT IS HEREBY ORDERED THAT:

23      1. <u>MEDIATION</u>.  This matter is referred to Judge Howard Lloyd, subject to his availability, for

24         a settlement conference to be completed no later than ninety (90) days from the entry of this

25         order.  The parties are instructed to contact Patty Cromwell, Judge Lloyd's Courtroom

26         Deputy, at 408/535-5365.

27

28

**United States District Court**
For the Northern District of California

1   2. <u>DISCOVERY</u>. The parties will limit discovery as follows: five (5) non-expert depositions

2   per party; (b) ten (10) interrogatories per parties, including all discrete subparts; (c) a

3   reasonable number of requests for production of documents or for inspection per party; and

4   (d) a reasonable number or requests for admission per party.

5   3. <u>FURTHER CASE MANAGEMENT CONFERENCE</u>. A further Case Management

6   Conference will be held on **May 27, 2010 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of

7   the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The

8   parties shall submit a Joint Case Management Statement no later than May 20, 2010.

9

10

11   IT IS SO ORDERED.

12

13   DATED: 01/27/2010

14   _____
     RICHARD SEEBORG
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27   CASE MANAGEMENT SCHEDULING ORDER
     NO. C 09-04495 RS

28