*E-Filed 01/27/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARIBA, INC., | No. C 09-04495 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| NATIONAL GRID CORPORATION OF THE PHILIPPINES, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on January 27, 2010. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. <u>MEDIATION</u>. This matter is referred to Judge Howard Lloyd, subject to his availability, for a settlement conference to be completed no later than ninety (90) days from the entry of this order. The parties are instructed to contact Patty Cromwell, Judge Lloyd's Courtroom Deputy, at 408/535-5365.

2. <u>DISCOVERY</u>.  The parties will limit discovery as follows: five (5) non-expert depositions per party; (b) ten (10) interrogatories per parties, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number or requests for admission per party.

3. <u>FURTHER CASE MANAGEMENT CONFERENCE</u>.  A further Case Management Conference will be held on **May 27, 2010 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit a Joint Case Management Statement no later than May 20, 2010.

IT IS SO ORDERED.

DATED: 01/27/2010

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C 09-04495 RS