*E-Filed 8/2/10*

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   GREGORY READ, Bar No. 49713
2  RANDALL G. BLOCK, Bar No. 121330
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Plaintiff ARIBA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| ARIBA, INC., a Delaware corporation | CASE NO. C09 04495 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| NATIONAL GRID CORPORATION OF THE PHILIPPINES, a Philippines corporation, | |
| Defendant. | |

Plaintiff ARIBA, INC. and defendant NATIONAL GRID CORPORATION OF THE PHILIPPINES ("NGCP") hereby stipulate to the following pretrial deadlines for the reasons and upon the terms and conditions set forth below:

## PREMISES

A.  On May 27, 2010, this Court issued its Case Management Scheduling Order.

B.  Since that date, Ariba has worked diligently to obtain additional documents from NGCP and to take the depositions of the persons currently or formerly with NGCP who were involved in the dispute that is the subject of this lawsuit.

C.  NGCP has appointed a new management team for the company. It has taken some time for NGCP's counsel to educate the new management team about this dispute and NGCP's obligations in connection with the United States judicial system and this case.

D.  Within the past two weeks, NGCP's counsel personally met with NGCP management in Manila, Philippines to discuss NGCP's obligations in connection with this case.

E.  NGCP is now prepared to produce such additional documents as it might have, and to make its personnel available for deposition.

## STIPULATION

WHEREFORE, Ariba and NGCP hereby stipulate as follows:

1.  The deposition of NGCP's records custodian shall take place not later than August 13, 2010.  The depositions of any other NGCP current or former personnel will take place not later than August 31, 2010.

2.  Depositions of Ariba personnel will take place after the depositions of NGCP personnel have concluded.

3.  The parties will hold a settlement conference with Judge Lloyd on September 15, 16 or 17, 2010.

4.  The last date for hearing pre-trial motions shall be moved from September 8, 2010 to September 23, 2010.

DATED: August 2, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


                               By: /s/ Randall G. Block
                                   Attorneys for Plaintiff Ariba, Inc.

DATED: August 2, 2010          LAW OFFICES OF ROMAN P. MOSQUEDA


                               By: /s/ Roman P. Mosqueda
                                   Attorneys for Defendant National Grid Corporation
                                   of the Philippines

IT IS SO ORDERED.     8/2/10

_____
The Honorable Richard Seeborg
United States District Judge